IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICKEL HART, #139505, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE No. 2:20-cv-526-ECM |
| | )                (WO) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On February 4, 2021, the Magistrate Judge entered a Recommendation (doc. 25) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and the Motion for Class Certification (doc. 21) is DENIED.  It is further

ORDERED that this case is referred back to the Magistrate Judge for further proceedings.

Done this 11th day of March, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE